IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KAITLIN ELIZABETH LOWERY | Case No. 3:20-CR-253-MOC-DCK<br><br>**ORDER TO UNSEAL** |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Unseal" (Document No. 6) filed November 5, 2020. For good cause shown upon motion of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, it is hereby **ORDERED** that the Criminal Indictment and Arrest Warrant be <u>unsealed,</u> in this matter.

The necessity for keeping the above-captioned items sealed no longer exists.

**IT IS FURTHER ORDERED** that the Clerk of the Court provide a copy of this Order to the United States Attorney's Office.

Signed: November 8, 2020

_____
David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.